UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; THE JAMES BRYSON SHEPHERD TRUST, a Texas trust; and BERKEY INTERNATIONAL LLC, a Puerto Rican limited liability company,<br><br>          Plaintiffs,<br>   v.<br><br>VICTORIIA ANANCHENKO, an individual; YEVHENII KOLISNYK, an individual; NIKITA KUZNETSOV, an individual; YURII SMULSKYI, an individual; and DOES 1-10,<br><br>          Defendants. | CASE NO. 2:23-cv-01703-TL<br><br>ORDER OF REFERRAL |

The Court issues this Order *sua sponte* and in response to *In re: Amazon Counterfeit Enforcement Litigation*, General Order 03-23 (Mar. 7, 2023). Consistent with that Order, the Court hereby REFERS all issues related to service of Defendants to the Magistrate Judges designated by that Order.

Dated this 14th day of November 2023.

*[signature]*

Tana Lin
United States District Judge

ORDER OF REFERRAL - 1