The Honorable Tana Lin
The Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; THE JAMES BRYSON SHEPHERD TRUST, a Texas trust; and BERKEY INTERNATIONAL LLC, a Puerto Rican limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>VICTORIIA ANANCHENKO, an individual; YEVHENII KOLISNYK, an individual; NIKITA KUZNETSOV, an individual; YURII SMULSKYI, an individual; and DOES 1-10,<br><br>Defendants. | No. 2:23-cv-01703-TL-MLP<br><br>~~[PROPOSED]~~ **ORDER GRANTING PLAINTIFFS'** *EX PARTE* **MOTION TO FILE OVER-LENGTH** *EX PARTE* **MOTION FOR ALTERNATIVE SERVICE** |

THIS MATTER came before the Court on the *Ex Parte* Motion by Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, The James Bryson Shepherd Trust, and Berkey International LLC (collectively, "Plaintiffs") for leave to file an over-length *ex parte* motion for alternative service (the "Motion"), pursuant to Local Civil Rule 7(f). The Court, having considered Plaintiffs' Motion and finding good cause, **GRANTS** Plaintiffs leave to file a motion for alternative service not to exceed 2,600 words.

[PROPOSED] ORDER GRANTING *EX PARTE* MOTION TO FILE OVER-LENGTH MOTION - 1
(2:23-cv-01703-TL-MLP)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

SO ORDERED this 31st day of January, 2024.

MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

*s/ Scott R. Commerson*
Scott R. Commerson, WSBA #58085
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

*s/ Lauren B. Rainwater*
Lauren B. Rainwater, WSBA #43625
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1604
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: laurenrainwater@dwt.com

[PROPOSED] ORDER GRANTING *EX PARTE*
MOTION TO FILE OVER-LENGTH MOTION - 2
(2:23-cv-01703-TL-MLP)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax