The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; THE JAMES BRYSON SHEPHERD TRUST, a Texas trust; and BERKEY INTERNATIONAL LLC, a Puerto Rican limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>VICTORIIA ANANCHENKO, an individual; YEVHENII KOLISNYK, an individual; NIKITA KUZNETSOV, an individual; YURII SMULSKYI, an individual; and DOES 1-10,<br><br>Defendants. | No. 2:23-cv-01703-TL<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION TO FILE OVER-LENGTH MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION |

THIS MATTER came before the Court on the *Ex Parte* Motion to File Over-length Motion for Default Judgment and Permanent Injunction brought by Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, the James Bryson Shepherd Trust, and Berkey International LLC (collectively, "Plaintiffs") (the "Motion"), pursuant to Local Civil Rule 7(f). The Court, having considered the Motion and finding good cause, **GRANTS** Plaintiffs leave to file a motion for default judgment and permanent injunction not to exceed 7,900 words.

SO ORDERED this 26th day of June, 2024.

_____
Tana Lin
United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION TO FILE OVER-LENGTH MOTION - 1
(2:23-cv-01703-TL)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

<u>s/ Lauren Rainwater</u>
Lauren Rainwater, WSBA #43625
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1604
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: laurenrainwater@dwt.com

Scott Commerson, WSBA #58085
865 S Figueroa Street, Suite 2400
Los Angeles, CA 90017
Tel: (213) 633-6890
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION TO FILE OVER-LENGTH MOTION - 2
(2:23-cv-01703-TL)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax